AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA

v.

**SEBASTIAN SINGER**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **6:15MJ0079-001**

Defendant's Attorney: Erin Snider, Assistant Federal Defender

**THE DEFENDANT:**

[✓]  pleaded guilty to count(s) __One and Four__ of the Complaint.

[ ]  pleaded nolo contendere to count(s) ⎯ which was accepted by the court.

[ ]  was found guilty on count(s) ⎯ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 C.F.R. § 4.2/CVC 16028 (a) | NO PROOF OF FINANCIAL RESPONSIBILITY | August 16, 2015 | Four |
| 36 C.F.R. § 4.2/CVC 14601.2 (a) | DRIVE WITH A SUSPENDED DRIVERS LICENSE FOR A PREVIOUS DUI | August 16, 2015 | One |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s)     and is discharged as to such count(s).

[✓]  Count (s) __Two and Three__ are dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.          [✓]     Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

_**10/6/2015**_
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

10/6/2015
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT:**SEBASTIAN SINGER**
CASE NUMBER:**6:15MJ0079-001**

# PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>Twelve Months Unsupervised Probation</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1.  The Defendant is ordered to obey all federal, state, and local laws.

2.  The Defendant shall pay a special assessment of $20.00 for a total financial obligation of $20.00, which shall be due immediately. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

3.  The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of ___ days/months, with credit served for 20 days in custody. ***Custody time is suspended for duration of probation***

4.  The Defendant shall enroll in the a 18 month Multi-Offender DUI program through the California Department of Motor Vehicles.

5.  The Defendant is ordered to personally appear for a Probation Review Hearing on August 30, 2015 at 10:00 am before U.S. Magistrate Judge Seng.

6.  The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.