AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA

v.

**SEBASTIAN SINGER**

**First JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Criminal Number: **6:15MJ0079-001**

Defendant's Attorney: Erin Snider, Assistant Federal Defender

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) __One and Two__ as alleged in the violation petition filed on __8/10/2016__ .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ____ after denial of guilt, as alleged in the violation petition filed on ____ .

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| ONE | Failure To Obey All Laws | May 23, 2016 |
| TWO | FAILURE TO REPORT NEW LAW VIOLATIONS | May 23, 2016 |

The court:  [ ] revokes:  [✔] modifies:  [ ] continues under same conditions of supervision heretofore ordered on __10/6/2015__ .

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ____ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**8/30/2016**

Date of Imposition of Sentence

/s/ Michael J. Seng

Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge

Name & Title of Judicial Officer

9/1/2016

Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT:**SEBASTIAN SINGER**
CASE NUMBER:**6:15MJ0079-001**

# PROBATION

The defendant is hereby sentenced to probation for a term of :
Eighteen Months Unsupervised Probation from October 5, 2016.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1.   The Defendant is ordered to obey all federal, state, and local laws.

2.   The Defendant shall pay a special assessment of $20.00 for a total financial obligation of $20.00, which shall be due immediately. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

     CLERK U.S.D.C.
     2500 Tulare Street, Rm 1501
     Fresno, CA 93721

3.   The Defendant shall enroll in the a 18 month Multi-Offender DUI program through the California Department of Motor Vehicles.

4.   The Defendant is ordered to personally appear for a Probation Review Hearing on August 30, 2015 at 10:00 am before U.S. Magistrate Judge Seng.

5.   The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

6.   The Defendant shall complete the approved program for domestic violence as required for state convictions.