HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SEBASTIAN SINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEBASTIAN SINGER,<br><br>Defendant. | Case No. 6:15-mj-00079-MJS<br><br>**STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Sebastian Singer, that Mr. Singer's term of unsupervised probation be extended to expire on July 13, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to June 13, 2018.

Mr. Singer's review hearing is currently scheduled for March 6, 2018. By that date, Mr. Singer was required to complete the DMV and DV courses ordered by state court. Mr. Singer has completed his DV course and is only a couple months shy on completing his DMV course. Accordingly, the parties request that Mr. Singer's review hearing be continued to June 13, 2018 and that his probation be extended to July 13, 2018 to give Mr. Singer time to finish his DMV course.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 1, 2018	/s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 1, 2018	/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
SEBASTIAN SINGER

# O R D E R

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the March 6, 2018 hearing for Sebastian Singer, Case No. 6:15-mj-00079-MJS, is continued to June 13, 2018 at 10:00 a.m., and his probation is extended to July 13, 2018.

IT IS SO ORDERED.

Dated: March 1, 2018	/s/ Michael J. Seng
UNITED STATES MAGISTRATE JUDGE