Victor Xu
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:15-mj-079-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| SEBASTIAN MOANA SINGER, | |
| Defendant. | Court: U.S. District Court – Yosemite<br>Judge: Honorable Jeremy D. Peterson |

I, Victor Xu, Legal Intern for Yosemite National Park, state the following is true and correct to the best of my knowledge and belief.

I am a legal intern in Yosemite National Park and serve as a prosecutor for misdemeanor matters arising in the park. In the normal course of my duties, I and other individuals acting in a similar capacity in my office regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite. While conducting a status review for defendant Sebastian Moana SINGER, I learned the following information.

Defendant, Sebastian Moana SINGER, was arrested on August 16, 2015, in Yosemite National Park and charged with four counts in a criminal complaint: Count 1: Drive with a drivers' license that is suspended for previous DUI; Count 2: Speeding; Count 3: Drive vehicle with expired registration; and Count 4: Drive vehicle without proof of financial responsibility. On

1

October 6, 2015, SINGER pled guilty to Count 1 and Count 4 and the other two charges were dismissed. SINGER was sentenced to 12 months unsupervised probation, $20 statutory assessment, obey all laws, report new law violations to the court, enroll in an 18-month DUI course as required by Mariposa County, 20 days custody suspended, and waiver of appeal rights. A Review Hearing was set for August 30, 2016.

On August 12, 2016, the Government filed an Affidavit of First Amended Probation Violation(s) charging SINGER with two charges: failing to obey all laws and failing to report a new law violation. On August 30, 2016, SINGER admitted the probation violations and was sentenced to 18 months of additional probation from October 5, 2016, with the conditions he obey all laws, report any new law violation, complete the approved program for domestic violence as required for the state conviction, enroll in the DMV 18-month multi-offender DUI program, and personally appear at a review hearing. The Judgment and Order, document number 8 of the docket, reflects a review hearing date of August 30, 2015, however the minutes of the probation violation hearing reflect a review hearing date set for March 6, 2018, and subsequent orders rely on the March 6, 2018 date.

On March 1, 2018, the review hearing was continued to June 13, 2018, and probation was extended to July 13, 2018. The review hearing was subsequently continued to June 20, 2018. SINGER did not appear at the review hearing on June 20, 2018, and the hearing was continued to July 10, 2018. The Court ordered a summons be prepared by the Government and issued. A summons was signed on July 2, 2018, and served on SINGER through his attorney the same day.

The Government alleges that SINGER has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:    FAILURE TO OBEY ALL LAWS

SINGER was ordered to obey all laws as a term of his probation. On January 4, 2018, in Mariposa County, SINGER was convicted of driving while his driving privilege was suspended, in violation of California Vehicle Code § 14601.2(a). SINGER was sentenced to 36 months of probation, a fine, and 90 days jail.

CHARGE TWO:   FAILURE TO ENROLL IN DUI COURSE

SINGER has failed to provide proof that he has enrolled in the 18-month California DMV DUI course, as required by the terms of his probation.

CHARGE THREE:   FAILURE TO APPEAR FOR REVIEW HEARING

On July 2, 2018, SINGER was summoned to appear for a review hearing at the District Court in Yosemite on July 10, 2018. SINGER failed to appear for his review hearing.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

7/12/18
Date

Victor Xu
Legal Intern
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

7/12/18
Date

Honorable Jeremy D. Peterson
U.S. Magistrate Judge
Eastern District of California