
FILED
MAY 09 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )     No. 6:15-MJ-79 MJS
                           )
vs.                        )     ORDER OF RELEASE
                           )
                           )
SEBASTIAN SINGER,          )
                           )
         Defendant.        )
_____)

The above-named defendant having been sentenced on May 9, 2019, to seven (7) days custody, with credit for time served,

IS HEREBY ORDERED released forthwith with a certified Judgment and Commitment order to follow.

DATED: May 9, 2019

ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

original to USM on 5/9/19 3:30 pm